IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES SNEED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-085 |
| | ) | |
| WHEELER CORRECTIONAL | ) | |
| FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is *pro se* Plaintiff's "motion to proceed" in which he requests information on where to send his interrogatories and information on the rules of the Court, an almost identical motion to one previously denied by the Court. (Doc. no. 21.) As Defendants in this case have yet to be served, any discovery such as interrogatories by Plaintiff is improper at this time, as explained in the Court's prior Order. See Loc. R. 26.1. In addition, the Court has already given Plaintiff some instructions on how to proceed with his case but cannot "serve as de facto counsel for a party. . . ." In re Unsolicited Letters to Federal Judges, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000) (citation omitted). Thus, Plaintiff's request for the Court to advise him on the rules for this District is improper. Accordingly, the Court **DENIES** Plaintiff's "motion to proceed." (Doc. no. 21.)

SO ORDERED this 6th day of May, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA