ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY -8 PM 2: 38

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES SNEED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-085 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY; JASON MEDLIN, Warden; DR. HAE; T. UEAL, Nurse; DR. NICHOLES; W. BROWN, Nurse, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants ~~Wheeler Correctional~~ Facility and Jason Medlin from this case.

SO ORDERED this 8th day of May, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE