IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES SNEED, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 314-085 |
| DR. HAE, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, an inmate incarcerated at Wheeler Correctional Facility in Alamo, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. On June 30, three of the four remaining defendants answered Plaintiff's complaint and a scheduling notice was sent out setting the deadlines in this case. (See doc. nos. 32, 33.) Because the current scheduling notice was entered in error, the Court **VACATES** the scheduling notice. (Doc. no. 33.) A new scheduling notice setting the deadlines will be entered upon appearance of the current unserved defendant.

SO ORDERED this 16th day of July, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA