ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 APR 28 AM 10:06

CLERK CAdams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
JAMES SNEED,                      *
                                  *
      Plaintiff,                  *
                                  *
      v.                          *       CV 314-085
                                  *
DR. HAE; NURSE T. UEAL;           *
DR. NICHOLES; and NURSE           *
W. BROWN,                         *
                                  *
      Defendants.                 *
```

# ORDER

On February 23, 2015, Plaintiff, proceeding pro se, filed an amended complaint alleging claims against Wheeler Correctional Facility, Warden Jason Medlin, Dr. Hae, Nurse T. Ueal, Dr. Nicholes, and Nurse W. Brown. (Doc. no. 15.) However, despite Plaintiff's allegations, no one with the names Hae, Ueal, or Nicholes has worked at Wheeler Correctional Facility. (Doc. nos. 32, 51.) According to Defendants, the individuals that Plaintiff describes as Hae, Ueal, and Nicholes are actually Dr. Jasmine Ahn, Tara Veal, and Dr. Paul Miklas. (Id.) Therefore, the Court **DIRECTS** the Clerk to **TERMINATE** Dr. Hae, Nurse T. Ueal, and Dr. Nicholes as Defendants and to **ADD** Dr. Jasmine Ahn, Tara Veal, and Dr. Paul Miklas in their place.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE