ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 APR 28 AM 10: 06
CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| JAMES SNEED, | * |
| Plaintiff, | * |
| v. | * CV 314-085 |
| DR. JASMINE AHN; TARA VEAL; DR. PAUL MIKLAS; and NURSE W. BROWN, | * |
| Defendants. | * |

## O R D E R

On April 27, 2016, the parties filed a stipulated dismissal with prejudice. (Doc. no. 62.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs, except as otherwise provided by the parties' settlement agreement.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of April, 2016.

UNITED STATES DISTRICT JUDGE